IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Juan Garcia, § | | |
| Plaintiff(s), § § § | 1:24-CV-01307-ADA | |
| v. § | | |
| The University of Texas at Austin, § § § | | |
| Defendant(s). § | | |

**NOTICE CONCERNING REFERENCE TO**
**UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party **Juan Garcia** through counsel **Paul Friener and Michael Fallings**

___ consents to having a United States Magistrate Judge preside over the trial in this case.

**X** declines to consent to trial before a United States Magistrate Judge.

Respectfully submitted,

/s/ Paul B. Friener

Attorney for:

Juan Garcia, Plaintiff

Dated: February 10, 2025                              Respectfully submitted,


    */s/ Michael Fallings*

Michael Fallings, Esq.
Partner
mfallings@fedattorney.com
(512) 225-2822
Paul B. Friener, Esq.
Managing Partner
512-225-2806
pfriener@tullylegal.com
Tully Rinckey, PLLC.
3420 Executive Center Drive
Austin, Texas 78731

## **CERTIFICATE OF SERVICE**

      I certify that on this 10th day of February 2025, a copy of the foregoing *Notice Concerning Reference to United States Magistrate Judge* was electronically mailed to the following opposing counsel for the Defendant:

Darren G. Gibson  
dgibson@littler.com  
Melinda J. Wetzel  
mwetzel@littler.com  
LITTLER MENDELSON, P.C.  
100 Congress Avenue, Suite 1400  
Austin, TX 78701  
Telephone: 512.982.7250  
Facsimile: 512.982.7248

                                                      */s/ Paul B. Friener*  
                                                      Paul B. Friener